# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SUGLIAN,<br><br>Plaintiff<br><br>v.<br><br>AMERICAN CREDIT FINANCIAL LLC,<br><br>Defendant | CASE No. 19-cv-01438-AWI-JDP<br><br>**ORDER CLOSING CASE IN LIGHT OF VOLUNTARY DISMISSAL** |

On December 16, 2019, the plaintiff in this case filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (See Doc No. 7.) Because no defendant has served either an answer or a motion for summary judgment, voluntary dismissal is proper. Accordingly, **IT IS HEREBY ORDERED** that the Clerk shall **CLOSE** this case.

IT IS SO ORDERED.

Dated: December 26, 2019

_____
SENIOR DISTRICT JUDGE